1 Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
2 SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
3 Las Vegas, Nevada 89169
Telephone: 702.784.5200
4 Facsimile: 702.784.5252
bgriffith@swlaw.com
5 *Attorneys for Defendant Energy Group
Consultants, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation,<br><br>Defendants. | Case No.: 2:19-cv-00115-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ENERGY GROUP CONSULTANTS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

This Stipulation to Extend Deadline for Defendant Energy Group Consultants, Inc. to Respond to Plaintiff's Complaint ("Stipulation") is entered into as of the date below by and between Energy Group Consultants, Inc. ("EGC" or "Defendant") and Plaintiff Andrew Perrong ("Plaintiff") and together with Defendant, the "Parties"). The Parties hereby stipulate to extend the deadline for Defendant to respond to Plaintiff's Complaint from April 8, 2019 to April 22, 2019.

Plaintiff filed a Complaint ("Complaint") in District Court, Clark County, Nevada, Case No. 2:19-cv-00115-RFB-GWF on March 5, 2019.

The parties agreed to extend the deadline for Defendant to respond to Plaintiff's Complaint for two weeks from April 8, to April 22, 2019.

This is Defendant's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give

4825-0508-7378

the Defendant time to evaluate and respond to the allegations set forth in the Complaint.

WHEREAS, the Parties stipulate and agree as follows:

Defendant shall have until April 22, 2019 to respond to the Complaint

| Dated: April 3, 2019 | Dated: April 3, 2019 |
|---|---|
| SNELL & WILMER L.L.P. | |
| By: */s/ Blakeley E. Griffith*<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702.784.5200<br>Facsimile: 702.784.5252<br>*Attorneys for Defendant Energy Group Consultants, Inc.* | By: /s/Anthony I. Paronich<br>Craig B. Friederg (NV Bar No. 4606)<br>4760 South Pecos Road, Sutie 103<br>Las Vegas, Nevada 89121<br>Telephone: (702) 435-7968<br>Facsimile: (702) 825-8071<br>*Attorneys for Plaintiff Andrew Perrong*<br><br>Anthony I. Paronich, Esq.<br>BRODERICK & PARONICH, P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>Email: anthony@broderick-law.com<br><br>*Attorneys for Plaintiff* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Energy Group Consultants, Inc. to respond to Plaintiff's Complaint shall be April 22, 2019.

DATED this __4th__ day of April 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4825-0508-7378

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ENERGY GROUP CONSULTANTS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT (First Request)** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below:

Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Email: attcbf@cox.net

Anthony I. Paronich, Esq.
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA 02110
Email: anthony@broderick-law.com
*Attorneys for Plaintiff*

DATED this 3rd day of April 2019.

                                                */s/ Gaylene Kim*
                                        An employee of SNELL & WILMER L.L.P.

4825-0508-7378