1

CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606

2

4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121

3

Phone: (702) 435-7968;
Fax:    1-702-825-8071

4

Email: attcbf@cox.net

5

ANTHONY I. PARONICH, ESQ.
PARONICH LAW, P.C.

6

99 High Street, Suite 304

7

Boston, Massachusetts 02110
Telephone: (617) 485-0018

8

Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

9

*Pro Hac Vice*

10

*Attorneys for Plaintiff Andrew Perrong and the Proposed Class*

11

12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

13

14

ANDREW PERRONG, individually and on
behalf of all others similarly situated,

NO. 2:19-cv-00115-RFB-GWF

15

Plaintiff,

**STIPULATION AND ORDER TO
EXTEND DEADLINE FOR PLAINTIFF
ANDREW PERRONG TO RESPOND
TO ENERGY GROUP CONSULTANTS,
INC.'S MOTION TO DISMISS.**

16

v.

17

18

SPERIAN ENERGY CORP, a Nevada
corporation, and ENERGY GROUP
CONSULTANTS, INC., a Kansas
corporation.

**(First Request)**

19

20

Defendants.

21

22

23

This Stipulation to Extend Deadline for Plaintiff Andrew Perrong to respond to Defendant

24

Energy Group Consultants, Inc.'s Motion to Dismiss Plaintiff's Complaint ("Stipulation") is

entered into as of the date below by and between Energy Group Consultants, Inc. ("EGC" or

25

"Defendant") and Plaintiff Andrew Perrong ("Plaintiff" and together with Defendant, the

26

"Parties"). The Parties hereby stipulate to extend the deadline for Plaintiff to respond from April

27

1

24, 2019 to May 1, 2019.

Plaintiff filed a Complaint ("Complaint") in District Court, Clark County, Nevada, Case No. 2:19-cv-00115-RFB-GWF on March 5, 2019.

Defendant filed a Motion to Dismiss on April 10, 2019 ("Motion").

The parties agreed to extend the deadline for Plaintiff to respond to the Motion from April 24, 2019 to May 1, 2019.

This is Plaintiff's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party.  The reason for the extension is to give the Plaintiff time to evaluate and respond to the issues raised in the Motion.

WHEREAS, the Parties stipulate and agree as follows:

Plaintiff shall have until May 1, 2019 to respond to the Motion.

| | |
|---|---|
| Dated:  April 22, 2019<br><br>SNELL & WILMER L.L.P.<br><br><br>By:     */s/ Blakeley E. Griffith*<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone:  702.784.5200<br>Facsimile:  702.784.5252<br>*Attorneys for Defendant Energy Group*<br>*Consultants, Inc.* | Dated:  April 22, 2019<br><br><br><br><br>By:  */s/ Anthony I. Paronich*<br>Anthony I. Paronich<br><br>*Attorney for Plaintiff* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendant Energy Group Consultants, Inc. to respond to Plaintiff's Complaint shall be April 22, 2019.

DATED this _____ day of April 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send notification to all attorneys of record.

By:  /s/ *Anthony I. Paronich*