Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
bgriffith@swlaw.com
*Attorneys for Defendant Energy Group Consultants, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation,<br><br>Defendants. | Case No.: 2:19-cv-00115-RFB-GWF<br><br>**STIPULATION AND ORDER TO RESOLVE PLAINTIFF'S MOTION TO COMPEL ENERGY GROUP CONSULTANTS, INC. TO GATHER RECORDS FROM THEIR VENDOR TO AVOID THE DESTRUCTION OF RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS [ECF NO. 20]** |

Defendant Energy Group Consultants, Inc. ("Defendant") and Plaintiff Andrew Perrong ("Plaintiff" and together with Plaintiff, the "Parties"), by and through their respective counsel, enter into this Stipulation based on the following:

1. On April 19, 2019, Plaintiff filed its Motion to Compel Energy Group Consultants, Inc. to Gather Records From Their Vendor to Avoid the Destruction of Records That Identify Putative Class Members (ECF No. 20) ("Motion"). The Motion sought to preserve records in the possession of third-party vendor, G-Energy Enterprises.

2. On May 3, 2019, Defendant filed its Response to the Motion to Compel (ECF No. 33).

NOW, THEREFORE, the Parties agree and stipulate that:

A. Defendant shall file its responsive pleading to the Amended Complaint on or before May 28, 2019;

B. Defendant will file a third-party claim against G-Energy Enterprises;

C. The Parties waive any right to seek attorneys' fees and costs associated with the Motion or responding to the Motion; and

D. This Stipulation shall resolve the Motion, and the related hearing on May 22, 2019 shall be vacated.

| Dated: May 7, 2019<br><br>SNELL & WILMER L.L.P.<br><br>By: */s/ Blakeley E. Griffith*<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702.784.5200<br>Facsimile: 702.784.5252<br>*Attorneys for Defendant Energy Group Consultants, Inc.* | Dated: May 7, 2019<br><br>By: /s/Anthony I. Paronich<br>Craig B. Friedberg (NV Bar No. 4606)<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br>Telephone: (702) 435-7968<br>Facsimile: (702) 825-8071<br>*Attorneys for Plaintiff Andrew Perrong*<br><br>Anthony I. Paronich, Esq.<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff* |
|---|---|

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Energy Group Consultants, Inc. to Gather Records From Their Vendor to Avoid the Destruction of Records That Identify Putative Class Members is hereby resolved.

IT IS FURTHER ORDERED that Defendant shall file its responsive pleading to the Amended Complaint on or before May 28, 2019, and the Parties waive any right to seek attorneys' fees and costs associated with the Motion or responding to the Motion.

4822-5816-1558

1  IT IS FURTHER ORDERED that the hearing scheduled on May 22, 2019 on the Motion is
2  vacated.

4  DATED this __9th__ day of May 2019.

_____
UNITED STATES MAGISTRATE JUDGE