Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
bgriffith@swlaw.com
*Attorneys for Defendant Energy Group Consultants, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation,<br><br>Defendants. | Case No.: 2:19-cv-00115-RFB-GWF<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT ENERGY GROUP CONSULTANTS, INC.'S MOTION TO DISMISS [ECF. NO. 16] WITH PREJUDICE** |

Defendant Energy Group Consultants, Inc. ("Defendant") and Plaintiff Andrew Perrong ("Plaintiff" and together with Plaintiff, the "Parties"), by and through their respective counsel, enter this Stipulation based on the following:

1. On April 10, 2019, Defendant filed its Motion to Dismiss (ECF No. 16) ("Motion").

2. On April 30, 2019, Plaintiff filed its Response to the Motion to Dismiss (ECF No. 32).

NOW, THEREFORE, the Parties agree that:

A. The Defendant's Motion to Dismiss shall be withdrawn with prejudice;

B. The Parties waive any right to seek attorneys' fees and costs related to the Motion or responding to the Motion; and

- 1 -

4852-7347-2918

C. Defendant shall have until May 28, 2019 to file its responsive pleading to the Amended Complaint.

| | |
|---|---|
| Dated: May 7, 2019<br><br>SNELL & WILMER L.L.P.<br><br>By: /s/ Blakeley E. Griffith<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702.784.5200<br>Facsimile: 702.784.5252<br>*Attorneys for Defendant Energy Group Consultants, Inc.* | Dated: May 7, 2019<br><br><br><br>By: /s/Anthony I. Paronich<br>Craig B. Friedberg (NV Bar No. 4606)<br>4760 South Pecos Road, Suite 103<br>Las Vegas, Nevada 89121<br>Telephone: (702) 435-7968<br>Facsimile: (702) 825-8071<br>*Attorneys for Plaintiff Andrew Perrong*<br><br>Anthony I. Paronich, Esq.<br>PARONICH LAW, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff* |

## **ORDER**

IT IS HEREBY ORDERED that Defendant Energy Group Consultants Inc. Motion to Dismiss shall be withdrawn with prejudice, and the Parties waive any right to seek attorneys' fees and costs related to the Motion or responding to the Motion.

IT IS FURTHER ORDERED that Defendant shall have until May 28, 2019 to file its responsive pleading to the Amended Complaint.

DATED this  13th  day of May 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4852-7347-2918

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO WITHDRAW DEFENDANT ENERGY GROUP CONSULTANTS, INC.'S MOTION TO DISMISS [ECF NO. 16]** by method indicated below:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below:

Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Email: attcbf@cox.net

Anthony I. Paronich, Esq.
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, MA 02110
Email: anthony@broderick-law.com
*Attorneys for Plaintiff*

DATED this 8th day of May 2019.

              */s/ Gaylene Kim*
              An employee of SNELL & WILMER L.L.P.

4852-7347-2918