Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
bgriffith@swlaw.com
*Attorneys for Defendant Energy Group Consultants, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation,<br><br>Defendants.<br><br>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation,<br><br>Cross-Claimant and Third-Party Plaintiff,<br><br>v.<br><br>ENERGY GROUP CONULTANTS, INC., a Kansas corporation,<br><br>Cross-Defendant, and<br><br>ENERGY GROUP CONULTANTS, LLC, an Ohio limited liability company,<br><br>Third-Party Defendant. | Case No.: 2:19-cv-00115-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CROSS-DEFENDANT and THIRD-PARTY DEFENDANT TO RESPOND TO SPERIAN ENERGY CORP'S CROSS-CLAIM AND THIRD-PARTY COMPLAINT**<br><br>**(First Request)** |

///

4821-0671-9894

This Stipulation to Extend Deadline for Cross-Defendant Energy Group Consultants, Inc. and Third-Party Defendant Energy Group Consultants, LLC to Respond to Cross-Claimant's Cross-Claim and Third-Party Complaint ("Stipulation") is entered into as of the date below by and between Energy Group Consultants, Inc. and Energy Group Consultants, LLC ("EGC" or "Defendants") and Cross-Claimant and Third-Party Plaintiff Tomorrow Energy Corp fka Sperian Energy Corp. ("Cross-Claimant") and together with Defendants, the "Parties"). The Parties hereby stipulate to extend the deadline for Defendants to respond to Cross-Claimant's Crossclaims and Third-Party Complaint ("Third Party Complaint") to May 28, 2019.

This is Defendants' first request for an extension of time to respond to the Third-Party Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give the Defendants time to evaluate and respond to the allegations set forth in the Third-Party Complaint.

WHEREAS, the Parties stipulate and agree as follows:

Defendants shall have until May 28, 2019 to respond to the Third-Party Complaint.

| Dated: May 9, 2019 | Dated: May 9, 2019 |
|---|---|
| SNELL & WILMER L.L.P. | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| By: /s/ Blakeley E. Griffith<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702.784.5200<br>Facsimile: 702.784.5252<br>*Attorneys for Defendant Energy Group Consultants, Inc.* | By: /s/ Gary E. Schnitzer<br>Gary E. Schnitzer (NV Bar No. 395)<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: (702) 362-6666<br>Facsimile: (702) 362-2203<br><br>Ana Tagvoryan (*admitted pro hac vice*)<br>Harrison Brown (*admitted pro hac vice*)<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br><br>*Attorneys for Defendant Tomorrow Energy Corp fka Sperian Energy Corp* |

4821-0671-9894

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendants Energy Group Consultants, Inc. and Energy Group Consultants, LLC to respond to Cross-Claimants' Crossclaims and Third-Party Complaint shall be May 28, 2019.

DATED this 21st day of May 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4821-0671-9894

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ENERGY GROUP CONSULTANTS, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 14th day of May 2019.

                                                   */s/ Gaylene Kim*
                                             An employee of SNELL & WILMER L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4821-0671-9894