Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile:   702.784.5252
bgriffith@swlaw.com
*Attorneys for Defendant Energy Group Consultants, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation,<br><br>   Defendants.<br><hr>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation,<br><br>   Cross-Claimant and Third-Party Plaintiff,<br><br>v.<br><br>ENERGY GROUP CONULTANTS, INC., a Kansas corporation,<br><br>   Cross-Defendant, and<br><br>ENERGY GROUP CONULTANTS, LLC, an Ohio limited liability company,<br><br>   Third-Party Defendant. | Case No.: 2:19-cv-00115-RFB-GWF<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON SPERIAN ENERGY CORP'S MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>**(First Request)** |

///

- 1 -

4829-5280-3482

1  This Stipulation to Modify Briefing Schedule on Sperian Energy Corp.'s Motion to Strike Affirmative Defenses (ECF No. 47) ("Motion to Strike") is entered into as of the date below by and between Energy Group Consultants, Inc. and Energy Group Consultants, LLC (collectively, the "EGC Parties") and Cross-Claimant and Third-Party Plaintiff Tomorrow Energy Corp fka Sperian Energy Corp. (("Sperian") and together with EGC, the "Parties").  The Parties hereby stipulate to extend the deadline for the EGC Parties to respond to Motion, for two weeks, from July 2, 2019 to **July 16, 2019**.  Sperian shall have an additional week to file its reply brief, making the reply brief due on July 30, 2019.

This is the Parties' first request to modify the briefing schedule on the Motion to Strike and is not intended to cause any delay or prejudice to any party.  The reason for the extension is that the EGC Parties' counsel will be out of town on vacation and will give the EGC Parties time to evaluate and respond to the Motion to Strike.  Sperian's counsel has prior commitments and is unavailable in the week following the proposed deadline for EGC's opposition, and is unable to accommodate the request for an extension by the EGC Parties' counsel without receiving a corresponding extension of time for Sperian's reply.

WHEREAS, the Parties stipulate and agree as follows:

The EGC Parties shall have until July 16, 2019 to respond to the Motion to Strike.

Sperian shall have until July 30, 2019 to file its reply in support of the Motion to Strike.

/ / /

/ / /

- 2 -

4829-5280-3482

| | |
|---|---|
| Dated: June 26, 2019 | Dated: June 26, 2019 |
| SNELL & WILMER L.L.P. | BLANK ROME LLP |
| By: */s/ Blakeley E. Griffith*<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: 702.784.5200<br>Facsimile: 702.784.5252<br><br>*Attorneys for Defendant Energy Group Consultants, Inc.* | By: */s/ Harrison Brown*<br>Ana Tagvoryan (admitted *pro hac vice*)<br>Harrison M. Brown (admitted *pro hac vice*)<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, California 90067<br>Telephone: 424.239.3400<br>Facsimile: 424.239.3434<br><br>Gary E. Schnitzer (NV Bar No. 395)<br>KRAVITZ, SCHNITZER & JOHNSON, CHTD.<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: 702.362.6666<br>Facsimile: 702.362.2203<br><br>*Attorneys for Defendant Tomorrow Energy Corp fka Sperian Energy Corp* |

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendants Energy Group Consultants, Inc. and Energy Group Consultants, LLC (collectively, the "EGC Parties") to respond to the Motion to Strike of Cross-Claimant and Third-Party Plaintiff Tomorrow Energy Corp fka Sperian Energy Corp. ("Sperian") shall be July 16, 2019.

IT IS HEREBY ORDERED that Sperian shall have until July 30, 2019 to file its reply in support of the Motion to Strike.

DATED this  27th  day of June 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4829-5280-3482

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2019, I electronically filed the foregoing **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON SPERIAN ENERGY CORP'S MOTION TO STRIKE AFFIRMATIVE DEFENSES (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 26th day of June 2019.

*/s/ Jeanne Forrest*
An employee of SNELL & WILMER L.L.P.

- 4 -

4829-5280-3482