Blakeley E. Griffith, Esq.
Nevada Bar No. 12386
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
bgriffith@swlaw.com
*Attorneys for Defendant Energy Group Consultants, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PERRONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPERIAN ENERGY CORP., a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 2:19-cv-00115-RFB-GWF<br><br>**JOINT MOTION TO EXTEND TIME FOR TOMORROW ENERGY FKA SPERIAN ENERGY CORP. TO FILE REPLY IN SUPPORT OF ITS MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>**(Second Request)** |

This Joint Motion is entered into by and between Tomorrow Energy fka Sperian Energy Corp. ("Sperian"), Energy Group Consultants, Inc., and Energy Group Consultants, LLC (together, the "EGC Parties") (altogether, the "Parties"), by and through their undersigned counsel, and made with reference to and in contemplation of the following facts and circumstances:

1. Sperian moved to strike the affirmative defenses in the EGC Parties' Answer to Sperian's Cross-Complaint and Third Party Complaint on June 18, 2019. (ECF No. 47.)

2. On June 26, 2019, the Parties agreed to extend the deadline for the EGC Parties to oppose the Motion to Strike for two weeks, from July 2, 2019 to July 16, 2019. To accommodate prior commitments which made Sperian's counsel unavailable in the week following the new

- 1 -

4850-9775-4270

1 deadline for the EGC Parties' opposition, the Parties also agreed to extend Sperian's deadline to reply in support of the Motion to Strike by one-week, from July 23, 2019 to July 30, 2019. (ECF No. 48.) The Court granted the Parties' request on June 27, 2019. (ECF No. 49.)

3. The Parties are working to resolve the issues raised in the Motion to Strike without the necessity of the Court's intervention. However, the Parties require more time to do so than the current briefing schedule permits. Accordingly, the Parties agree that an extension of time will assist them in their efforts.

4. This is the second request for an extension of time in connection with the Motion to Strike and is not intended to cause any delay or prejudice to any party.

WHEREAS, the Parties stipulate and agree, subject to the Court's approval, as follows: Sperian shall have until August 13, 2019 to file its reply in support of the Motion to Strike.

| Dated:  July 30, 2019 | Dated:  July 30, 2019 |
|---|---|
| SNELL & WILMER L.L.P. | BLANK ROME LLP |
| By:   /s/ Blakeley E. Griffith<br>Blakeley E. Griffith (NV Bar No. 12386)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone:  702.784.5200<br>Facsimile:   702.784.5252<br><br>*Attorneys for Defendant Energy Group Consultants, Inc.* | By:   /s/ Harrison Brown<br>Ana Tagvoryan (admitted *pro hac vice*)<br>Harrison M. Brown (admitted *pro hac vice*)<br>BLANK ROME LLP<br>2029 Century Park East, 6th Floor<br>Los Angeles, California 90067<br>Telephone:  424.239.3400<br>Facsimile:   424.239.3434<br><br>Gary E. Schnitzer (NV Bar No. 395)<br>KRAVITZ, SCHNITZER & JOHNSON, CHTD.<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: 702.362.6666<br>Facsimile: 702.362.2203<br><br>*Attorneys for Defendant Tomorrow Energy Corp fka Sperian Energy Corp* |

///

///

4850-9775-4270

## ORDER

IT IS HEREBY ORDERED that the deadline for Tomorrow Energy fka Sperian Energy Corp. to reply in support of its Motion to Strike Affirmative Defenses shall be August 13, 2019.

DATED this 31st day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4850-9775-4270