UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANDREW PERRONG, <br><br> Plaintiff, <br><br> v. <br><br> SPERIAN ENERGY CORP., et al., <br><br> Defendants. | Case No. 2:19-CV-00115-RFB-EJY <br><br> **ORDER** |

Before the Court is Energy Group Consultants, Inc.'s Emergency Motion for an Enlargement of Time to Respond to Sperian Energy Corp.'s Discovery Requests (ECF No. 100). This Motion was prompted by Sperian's failure to respond to Energy Group's request for a two week extension of time to respond to discovery propounded by Sperian.

Accordingly,

IT IS HEREBY ORDERED that any opposition to Energy Group's Motion must be filed by 5:00 p.m. on Thursday, November 7, 2019. If no opposition is filed, Energy Group's Motion shall be granted.

DATED: November 5, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1