BLANK ROME LLP
Ana Tagvoryan (admitted *pro hac vice*)
atagvoryan@blankrome.com
Harrison Brown (admitted *pro hac vice*)
hbrown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:  424.239.3434

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Gary Schnitzer (Nevada Bar No. 395)
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  702.362.6666
Facsimile:  702.362.2203

Attorneys for
TOMORROW ENERGY CORP.
fka SPERIAN ENERGY CORP.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation, BAETYL GROUP LLC, a Texas limited liability company,<br><br>Defendants.<br><br>Related Cross-Claims and Third-Party Claims. | Case No. 2:19-cv-00115-RFB-EJY<br><br>**DECLARATION OF HARRISON BROWN IN CONNECTION WITH TOMORROW ENERGY CORP FKA SPERIAN ENERGY CORP'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS DIRECTED TO DEFENDANT ENERGY GROUP CONSULTANTS, INC.** |

153423.00602/122435226v.1

**DECLARATION OF HARRISON BROWN IN CONNECTION WITH TOMORROW ENERGY CORP FKA SPERIAN ENERGY CORP'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**

I, Harrison Brown, declare as follows:

1. I am admitted *pro hac vice* to practice in this action. I am an associate at Blank Rome LLP, counsel for Tomorrow Energy Corp. fka Sperian Energy Corp. ("Tomorrow Energy" or "Sperian"). I make this declaration in connection with Sperian's Opposition to the Emergency Motion for Sanctions filed by Plaintiffs Andrew Perrong ("Mr. Perrong") and James Everett Shelton ("Mr. Shelton") (together, "Plaintiffs") (Dkt. No. 113, the "Sanctions Motion"). I make this declaration of my personal knowledge and my review of the litigation file kept in the ordinary course of business, and could and would testify competently hereto.

2. On December 3, 2019, Adrienne McEntee, counsel for Plaintiffs, emailed me copies of documents, each entitled "Notice of Intent to Serve Subpoena." One notice advises that Plaintiffs intend to subpoena documents from Tyde Bonaparte, and the other notice advises that Plaintiffs intend to subpoena documents from John Williams. Each notice includes a copy of the proposed subpoenas. Attached hereto as **Exhibit 1** is a true and correct copy of the Notice of Intent to Serve Subpoena on Mr. Bonaparte, which I received by email on December 3, 2019. Attached hereto as **Exhibit 2** is a true and correct copy of the Notice of Intent to Serve Subpoena on Mr. Williams, which I received by email on December 3, 2019.

3. As of the date of this declaration, Plaintiffs have not issued subpoenas to perform on-site inspections of the workstations of Mr. Bonaparte and Mr. Williams.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of January, 2020, in Los Angeles, California.

By: /s/ Harrison Brown
Harrison Brown