1  Craig B. Friedberg, NSB #004606
   E-mail: attcbf@cox.net
2  4760 South Pecos Road, Suite 103
   Las Vegas, Nevada 89121
3  Telephone: (702) 435-7968
   Facsimile: (702) 825-8071
4
   Anthony I. Paronich, *Admitted Pro Hac Vice*
5  Email: anthony@paronichlaw.com
   PARONICH LAW, P.C.
6  350 Lincoln Street, Suite 2400
   Hingham, Massachusetts 02043
7  Telephone: (617) 485-0018
   Facsimile: (508) 318-8100
8
   *Attorneys for Plaintiff and the Proposed Class*
9
                    UNITED STATES DISTRICT COURT
10                    FOR THE DISTRICT OF NEVADA

11 ANDREW PERRONG and JAMES              NO. 2:19-cv-00115-RFB-EJY
   EVERETT SHELTON, individually and on
12 behalf of all others similarly situated,   **DECLARATION OF ADRIENNE D.**
                                              **McENTEE IN SUPPORT OF**
13                Plaintiffs,                  **PLAINTIFFS' MEMORANDUM IN**
          v.                                   **SUPPORT OF ATTORNEYS' FEES AND**
14                                            **REIMBURSEMENT OF EXPERT**
   TOMORROW ENERGY CORP fka                 **COSTS**
15 SPERIAN ENERGY CORP, a Nevada
   corporation, and ENERGY GROUP
16 CONSULTANTS, INC., a Kansas
   corporation, BAETYL GROUP LLC, a Texas
17 limited liability company,

18                Defendants.

19 AND ALL RELATED ACTIONS.

20

21        I, Adrienne D. McEntee, hereby declare as follows:

22

23

24 DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS'
   MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT
25 OF EXPERT COSTS - 1
   Case No. 2:19-cv-00115-RFB-EJY

1      1.      I am a member of Terrell Marshall Law Group PLLC ("TMLG") and counsel of

record for Plaintiffs in this matter. I have personal knowledge of the facts set forth in this

declaration.

2.      TMLG is a law firm in Seattle, Washington, that focuses on complex civil and

commercial litigation with an emphasis on consumer protection, product defect, civil rights,

employment, wage and hour, and real estate matters. The attorneys of TMLG have extensive

experience in class actions, collective actions, and other complex matters. They have been

appointed lead or co-lead class counsel in numerous cases at both the state and federal level.

They have prosecuted a variety of multi-million-dollar consumer fraud, civil rights, wage and

hour, and product defect class actions.

3.      TMLG has actively and successfully litigated consumer class action lawsuits.

TMLG has taken the lead in some of the largest nationwide class actions filed under the TCPA,

including those filed against large financial institutions such as Sallie Mae, Bank of America,

Discover Financial Services, Capital One, and HSBC.

4.      TMLG is litigating or has recently settled the following Telephone Consumer

Protection Class Actions:

- *In re Capital One Telephone Consumer Protection Act Litigation*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent. I served as court-appointed interim co-lead counsel. The court granted final approval of a $75,455,098.74 settlement in February 2015.

- *In re Monitronics International, Inc. Telephone Consumer Protection Act Litigation*—Filed on behalf consumers who received automated, prerecorded solicitation telephone calls on their residential and business telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, the Washington Automatic Dialing and Announcing Device statute, RCW 80.36.400, and the Washington Consumer Protection Act, RCW 19.86 *et seq.* I serve as co-lead counsel in the MDL. The case settled on a class-

DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT
OF EXPERT COSTS - 2
Case No. 2:19-cv-00115-RFB-EJY

wide basis in 2017 for $28,000,000, and final approval was granted on June 12, 2018.

- *Abante Rooter and Plumbing, Inc., et al. v. Alarm.com Incorporated, et al.*—TMLG represents two certified classes of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis for $28,000,000 and final approval was granted on August 13, 2019.

- *Snyder v. Ocwen Loan Servicing, LLC*—Filed on behalf of consumers who received automated collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis for $21,500,000 and was finally approved in the United States District Court for the Northern District of Illinois on June 4, 2019.

- *Abante Rooter and Plumbing, Inc. v. Pivotal Payments Inc*— Filed on behalf of small businesses that received automated solicitation telephone calls to their cell phones. The case settled on a class-wide basis for $9 million and final approval was granted by the United States District Court for the Northern District of California in October 2018.

- *Charvat v. Plymouth Rock Energy*—Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* and/or to telephone numbers registered on the National-Do-Not-Call Registry. The case was finally approved in the United States District Court for the Eastern District of New York on July 31, 2018.

- *Melito v. American Eagle Outfitters, Inc.*—Filed on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis in 2016 for $14,500,000, and final approval was granted by the United States District Court for the Southern District of New York in September 2017. The United States Court of Appeals for the Second Circuit affirmed the settlement on April 30, 2019. *Melito v. Experian Mktg. Sols., Inc.*, 923 F.3d 85 (2d Cir. 2019).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- *Ashack v. Caliber Home Loans*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMLG negotiated a nationwide settlement in 2016 for $2,895,000, and final approval was granted in June 2017.

- *Joseph v. TrueBlue Inc.*—Filed on behalf of consumers who received spam text messages on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* The case settled on a class-wide basis in 2016 for $5,000,000, and final approval was granted in March 2017.

- *Gehrich v. Chase Bank USA*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMLG negotiated a $34,000,000 nationwide settlement; final approval was granted in March 2016.

- *Ott v. Mortgage Investors Corporation*—Filed on behalf of consumers who received automated solicitation telephone calls on their cellular and residential telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMLG negotiated a $7,483,600 class-wide settlement and final approval was granted in January 2016.

- *Wilkins v. HSBC Bank Nevada, N.A.*—Filed on behalf of individuals who alleged that HSBC made prerecorded calls using an automatic dialing system. The case settled on a class-wide basis in 2014 for $39,975,000, and final approval was granted in March 2015.

- *Rose v. Bank of America Corp.*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMLG negotiated a nationwide settlement of $32,083,905, which was granted final approval in August 2014.

- *Steinfeld v. Discover Financial Services*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMLG negotiated an $8.7 million settlement, which was granted final approval in March 2014.

DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPERT COSTS - 4
Case No. 2:19-cv-00115-RFB-EJY

- *Arthur v. Sallie Mae, Inc.*—Filed on behalf of consumers who received automated, prerecorded collection telephone calls on their cellular telephones without their prior express consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* TMLG negotiated a $24.15 million nationwide settlement, and final approval was granted in 2012.

5.      I am the lead attorney from TMLG in this case. I concentrate my practice in complex litigation, including the prosecution of consumer class actions. I graduated from the University of Washington School of Law in 2003, where I was a member of the Pacific Rim Law and Policy Journal and Moot Court Honor Board. Prior to joining TMLG, I was a member of Tousley Brain Stephens PLLC, where I practiced for five years. Before entering private practice, I worked with the King County Prosecuting Attorney's Office, where I prosecuted a broad range of crimes. Since my admission to the bar, I have been a member of the Washington State Bar Association and Washington Women Lawyers' Judicial Evaluation Committee. In 2018 and 2019, I was named to the Washington Super Lawyers list.

6.      I was the sole attorney at TMLG to work on the Emergency Motion (ECF No. 113). The Emergency Motion was of the type our firm would typically delegate to an associate. However, because the need to file the motion arose near the holidays, I was unable to delegate the motion work to an associate. Attached as Exhibit 1 are true and correct billing records for the dates associated with time I spent to conduct research, draft the motion, confer with co-counsel regarding the motion, revise the motion, review defendants' responses to the motion, travel to Las Vegas for the January 9th hearing, prepare for the hearing, confer with co-counsel regarding next steps following the hearing, return to Seattle from hearing, review the Court's order, and prepare the memorandum of fees and costs. All of the time expended was directly related to the Emergency Motion, and all of it was necessary. In total, I billed 35.4 hours related to the Emergency Motion.

DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPERT COSTS - 5
Case No. 2:19-cv-00115-RFB-EJY

7.      My current rate for class actions is $650 per hour. My prior rate was $575. These rates were submitted as part of fee petitions in the following settlements involving the Telephone Consumer Protection Act, which courts finally approved over the last three years: *Ahmed, et al. v. HSBC Bank USA, National Association, et al.*, NO. 5:15-cv-2057-FMO-SPx, ECF No. 195-2, ECF No. 204 (C.D. Cal. 2019) ($650); *Borecki v. Raymours Furniture Company, Inc.*, NO. 1:17-cv-01188 (LAK) (SN), ECF No. 92, ECF No. 98 (S.D.N.Y. 2019) ($575); *Melito, et al. v. American Eagle Outfitters, Inc., et al.*, NO. 1:14-cv-02440-VEC, ECF No. 266, ECF No. 319 (S.D.N.Y. 2017) ($575). TMLG requests a total fee award of $23,010.00.

8.      In preparing Exhibit 1, I excluded more than five hours of time incurred by TMLG legal secretary, Bradford Kinsey, in preparing, formatting, and filing the Emergency Motion. TMLG typically bills Mr. Kinsey's time at $225 per hour.

9.      The costs associated with my travel to Las Vegas for the Emergency Motion total $712.44.

a.      Attached as <u>Exhibit 2</u> is a true and correct copy of the receipt for my airfare.

b.      Attached as <u>Exhibit 3</u> is a true and correct copy of the receipt for my hotel. I checked for lower prices in the area, as the rate was higher than I expected, but was not able to find a lower rate at a nearby hotel with reasonable amenities. I later learned that the influx of patrons to the area may have been due to the 2020 CES Convention, a conference produced by the Consumer Technology Association with more than 170,000 attendees. *See* https://www.ces.tech/About-CES.aspx. Also, the invoice shows that I stayed in a suite the evening of January 8th. I did not book a suite. I booked a standard room. But apparently the suite was one of the only rooms available when I checked in at 11 p.m.

DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT
OF EXPERT COSTS - 6
Case No. 2:19-cv-00115-RFB-EJY

c.    Attached as <u>Exhibit 4</u> are screenshots of the car service I hired to travel to and from McCarran International Airport, and from my hotel to the courthouse.

d.    Attached as <u>Exhibit 5</u> is a true and correct copy of the receipt for overnight parking at SeaTac International Airport.

10.    The Court also ordered that Plaintiffs "submit invoices or billing statements from the individual retained to inspect and image EGC, John Williams, and Tyde Bonaparte's workstations and EGC's servers." ECF No. 125. Attached as <u>Exhibit 6</u> is the true and correct invoice Plaintiffs received for the expert's work related to the EGC inspection.

11.    EGC and Tyde Bonaparte represented that the only work station available for Team Integrity was that of John Williams. As a result, only the work stations of John Williams and former EGC representative, Matt Alexander, were imaged. Moreover, the forensic expert could not perform the scans and searches the parties had planned on EGC's servers because he received error messages that access was denied. No one at EGC was able to provide the expert with permission or credentials that would allow him access. During the upcoming deposition, Plaintiffs will ask EGC about files with .txt, .csv, and .xls files that the expert identified on the work stations he was able to image. If Plaintiffs are unable to link such files to calls made on Sperian's behalf, Plaintiffs will request additional relief from the Court.

12.    I traveled to EGC's headquarters in Pittsburgh, Kansas to attend the inspection. Pittsburg, KS is a two-hour drive from the Kansas City International Airport. Although the Court did not expressly order EGC to pay expenses incurred by Plaintiffs above and beyond the cost of the expert, TMLG incurred $672.85 in expenses, which I have itemized here.

a.    Attached as <u>Exhibit 7</u> is a true and correct copy of the receipt for my airfare.

DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT
OF EXPERT COSTS - 7
Case No. 2:19-cv-00115-RFB-EJY

1          b.      Attached as <u>Exhibit 8</u> is a true and correct copy of the receipt for my hotel.

2          c.      Attached as <u>Exhibit 9</u> is a true and correct copy of the receipt for car

3  rental.

4          d.      Please note that after I booked the reservations set forth in Exhibits 7

5  through 9, I changed my flight to travel to Kansas City for the weekend prior to the inspection. I

6  did not include any expenses related to the extended part of the trip as part of the motion.

7          I declare under penalty of perjury under the laws of the United States that the foregoing is

8  true and correct.

9          EXECUTED in Seattle, Washington, this 30th day of January, 2020.

10

11           /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*

12           Adrienne D. McEntee, *Admitted Pro Hac Vice*

13

14

15

16

17

18

19

20

21

22

23

24  DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS'
      MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT

25  OF EXPERT COSTS - 8
      Case No. 2:19-cv-00115-RFB-EJY

1

<u>CERTIFICATE OF SERVICE</u>

2

I, Adrienne D. McEntee, hereby certify that on January 30, 2020, I electronically filed the

3

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4

such filing to the following:

5

Ana Tagvoryan
Email: atagvoryan@blankrome.com

6

Harrison Brown
Email: hbrown@blankrome.com

7

BLANK ROME LLP
2029 Century Park East, 6th Floor

8

Los Angeles, California 90067
Telephone: (424) 239-3400

9

Facsimile: (424) 239-3434

10

*Attorneys for Defendant Sperian Energy Corp.*

11

Adam Knecht
Email: aknecht@alversontaylor.com

12

ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200

13

Las Vegas, Nevada 89149
Telephone: (702) 384-7000

14

Facsimile: (702) 385-7000

15

*Attorneys for Defendant Energy Group Consultants, Inc.*

16

DATED this 30th day of January, 2020.

17

TERRELL MARSHALL LAW GROUP PLLC

18

19

By: /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
     Adrienne D. McEntee, *Admitted Pro Hac Vice*
     Email: amcentee@terrellmarshall.com

20

936 North 34th Street, Suite 300
Seattle, Washington 98103

21

Telephone: (206) 816-6603
Facsimile: (206) 319-5450

22

*Attorneys for Plaintiffs*

23

24

DECLARATION OF ADRIENNE D. McENTEE IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND REIMBURSEMENT

25

OF EXPERT COSTS - 9
Case No. 2:19-cv-00115-RFB-EJY

# — EXHIBIT 1 —

**Terrell Marshall Law Group PLLC**
*Perrong v. Sperian*
Matter 2264-001

| Date | Initials | Narrative | Units | Rate | Value |
|------|----------|-----------|-------|------|-------|
| **Statement Professional: Adrienne McEntee** | | | | | |
| 12/23/2019 | ADM | Revised inspection protocol and scope [.2]; worked on motion for sanctions [5.5]; researched the functionality of the vici dialer [.2]. | 5.9 | $ 650.00 | $  3,835.00 |
| 12/26/2019 | ADM | Worked on motion for sanctions [6.4]; reviewed revisions to search terms, protocol, and scope for inspection [.2]. | 6.6 | $ 650.00 | $  4,290.00 |
| 12/27/2019 | ADM | Reviewed co-counsel's revisions to motion and declaration in support of the same [.3]; call with co-counsel regarding the same [.4]; worked on motion for sanctions and declarations in support of the same [5.1]. | 5.8 | $ 650.00 | $  3,770.00 |
| 12/30/2019 | ADM | Reviewed minute order setting response deadline and hearing for January 9th. | 0.1 | $ 650.00 | $      65.00 |
| 1/6/2020 | ADM | Reviewed EGC's responses to questions posed on page 2 of the Scope [.2]; call with Neil McLean regarding the inspection [.5]; reviewed EGC's response to motion for sanctions [.2]; reviewed Sperian's response to motion for sanctions [.2]. | 1.1 | $ 650.00 | $     715.00 |
| 1/8/2020 | ADM | Email to counsel for Sperian regarding discovery responses and upcoming Rule 30(b)(6) deposition [.2]; call with counsel for Sperian regarding inspection documents [.2]; traveled to Las Vegas for hearing on sanctions motion [4.5] | 4.9 | $ 650.00 | $  3,185.00 |
| 1/9/2020 | ADM | Prepared for hearing on sanctions motion [2.0]; traveled to and participated in the same [2.0]; post-hearing meeting with Mr. Friedberg [1.0]; call with Mr. Paronich regarding the same [.5]; traveled from Las Vegas to Seattle [4.5]. | 9.5 | $ 650.00 | $  6,175.00 |
| 1/21/2020 | ADM | Reviewed order on sanctions motion [.2]; traveled to Houston for Sperian depostion [6.5]; call wtih co-counsel [1.0] | 7.7 | $ 650.00 | $  5,005.00 |
| 1/29/2020 | ADM | Worked on fee petition; conducted research regarding the same; drafted declaration in support of the same. | 3 | $ 650.00 | $  1,950.00 |
| | | **Statement Professional: Adrienne McEntee** | **44.6** | | **$ 28,990.00** |

# — EXHIBIT  2 —

| | |
|---|---|
| **From:** | Alaska Airlines |
| **To:** | Adrienne McEntee |
| **Subject:** | [External] Confirmation Letter - KGKLJH 01/08/20 - from Alaska Airlines |
| **Date:** | Tuesday, December 31, 2019 12:37:22 PM |

If you have trouble viewing this message, click here to request a plain text-only version of this email.

**Confirmation code:  KGKLJH**

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

View full details about your flight reservation and fare.

**VIEW/MANAGE**

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska 604 Boeing 737-900 | Seattle ( SEA ) Wed, Jan 8 7:45 pm | Las Vegas ( LAS ) Wed, Jan 8 10:15 pm | T (Coach) | Adrienne Mcentee | 16D |
| Alaska 955 Boeing 737-900 | Las Vegas ( LAS ) Thu, Jan 9 7:30 pm | Seattle ( SEA ) Thu, Jan 9 10:20 pm | K (Coach) | Adrienne Mcentee | 16B |

**Additional information**

**Prohibited hazardous materials**
The Federal Government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit: the FAA website.

**Summary of airfare charges**
Adrienne Mcentee
*Mileage Plan MVP Gold Member #*
New  Ticket 0272150857777
(previous ticket 0272150856503)

| | |
|---|---|
| *New Ticket Value* | $296.60 |
| *Additional Amount Due* | $10.00 |
| *Per person total* | $10.00 |

**Total charges for air travel**                    **USD $10.00**
View all taxes, fees and charges

**Total charges and credits**
Nonrefundable fare of $10.00 was charged to the Visa card with number
‍        eld by Adrienne Mcentee on 12/31/2019.

**Travel insurance by Allianz Global Assistance**

Purchase travel insurance benefits and travel assistance services for your trip

— **EXHIBIT 3** —



**GOLDEN NUGGET**

LAS VEGAS

ADRIENNE MCENTEE

9825 MARINE VW
OR SW SEATTLE   WA  981362731

| | |
|---|---|
| Room Number: | ST  5575 |
| Arrival Date: | 01/08/2020 |
| Departure Date: | 01/09/2020 |
| Confirmation Number: | 438296927065 |
| Page No: | 1 of 2 |
| Date: | 01/29/2020 |

| Date | Description | Charges | Balance |
|---|---|---|---|
| 01/08/2020 | APPLIED DEPOSIT *********** | 270.30- | 270.30- |
| 01/08/2020 | RESORT FEE RESORT FEE $34.00+$4.42 T | 38.42 | 231.88- |
| 01/08/2020 | ROOM CHARGE ST 5575 TAX2 | 239.20 31.10 | 38.42 |
| 01/09/2020 | FRONT DESK VISA ********* | 38.42- | |

POST OFFICE BOX 610, LAS VEGAS, NEVADA 89125 (702) 385-7111



ADRIENNE MCENTEE

9825 MARINE VW
OR SW SEATTLE   WA  981362731

| | |
|---|---|
| Room Number: | ST  5575 |
| Arrival Date: | 01/08/2020 |
| Departure Date: | 01/09/2020 |
| Confirmation Number: | 438296927065 |
| Page No: | 2 of 2 |
| Date: | 01/29/2020 |

| Date | Description | Charges | Balance |
|---|---|---|---|
| | SUMMARY OF CHARGES | | |
| | ROOM | 273.20 | |
| | TAX2 | 35.52 | |

|  |  |
|---|---|
| **Balance** | .00 |

POST OFFICE BOX 610, LAS VEGAS, NEVADA 89125 (702) 385-7111

# — EXHIBIT  4 —

From:        Adrienne McKinley
To:          Adrienne McKinley
Subject:     [External] Screenshot 2020-01-29 at 6.38.49 PM
Date:        Wednesday, January 29, 2020 6:39:17 PM
Attachments: Screenshot 2020-01-29 at 6.38.49 PM.png

----------

This email has been scanned for spam and viruses by Proofpoint Essentials. Visit the following link to report this email as spam:
https://us2.proofpointessentials.com/index01.php?mod_id=11&mod_option=logitem&mail_id=1580251951-SBfUV_8jWcOZ&r_address=amcentee%40terrellmarshall.com&report=1









1/8/20, 10:32 PM                                        $23.70

Lexus GS 985J46                                    ★ ★ ★ ★ ★

Sent from my iPhone

# — EXHIBIT  5 —



Port of Seattle®
SEATTLE-TACOMA
INTERNATIONAL AIRPORT

PAYSTATION
RECEIPT

```
Transaction #: 7996162
PIN #:          9742
Parker #:       None
Parker Group:   None
In Date/Time:   01/08/20 06:02PM
Out Date/Time:  01/09/20 10:50PM
Parking Type:   General Parking
Rate:           - GENERAL RATE -
$48.86 X   1                      $4.89
Tax: Sales Tax                    $3.25
Tax: SeaTac Tax                   48.86
Parking SubTotal:                  8.14
Tax SubTotal:                     57.00
Grand Total:

Visa       (0321)                 57.00
```



# — EXHIBIT  6 —



**Complete Legal Services**
1100 Main Street, Suite 2160
Kansas City, MO  64105 US
(913) 297-1730

# INVOICE

| | |
|---|---|
| **INVOICE #** | 14585 |
| **DATE** | 01/31/2020 |
| **DUE DATE** | 03/01/2020 |
| **TERMS** | Net 30 |

**BILL TO**
Adrienne McEntee
Terrell Marshall Daudt & Willie
Pllc
936 N 34th St Ste 300
Seattle, WA  98103
United States

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Travel Time**<br>Round trip travel from Kansas City, MO to Pittsburg, KS (Time) | 4 | 110.00 | 440.00 |
| **Mileage**<br>Round trip from Kansas City, MO to Pittsburg, KS (Miles) | 245 | 0.55 | 134.75 |
| **Technical Time - per hr**<br>On-Site Inspection and Data Preservation at EGC in Pittsburg KS. 9AM-5PM | 8 | 225.00 | 1,800.00 |
| **Hard Drive**<br>2-TB Western Digital - My Passport | 3 | 100.00 | 300.00 |
| **Culling Data - per GB**<br>Culling Data - per GB | 6 | 50.00 | 300.00 |
| **Production - Per GB**<br>Production_EGCEMAIL_PROD_01 and EGCINSP_PROD_01 | 2 | 150.00 | 300.00 |
| **Technical Time - per hr**<br>Telephone conference with Adrienne McEntee regarding updates to inspection scope as dictated by the court in 01/09 hearing. | 0.40 | 225.00 | 90.00 |
| **Technical Time - per hr**<br>Craft syntax pursuant to stipulated search parameters in anticipation for on-site server scan and search. | 4 | 225.00 | 900.00 |
| **Technical Time - per hr**<br>Create backup working copy of forensic images created during on-site inspection on January 14, 2020. | 0.20 | 225.00 | 45.00 |
| **Shipping**<br>Overnight working copy drives to Perin Investigations for analysis and reporting. | 1 | 70.00 | 70.00 |
| **Technical Time - per hr**<br>On-site inspection overview, project coordination, workflow design, and reporting requirement communications with Erin Perczak at Perin Investigations 01/15/2020-01/21/2020 | 1.40 | 225.00 | 315.00 |
| **Technical Time - per hr**<br>Email communication with Adrienne McEntee and counsel regarding production format; and review of standard ESI Production protocol. | 0.40 | 225.00 | 90.00 |
| **Technical Time - per hr**<br>On-site inspection summary and report generation. | 1.30 | 225.00 | 292.50 |

Please remit payment to:  1100 Main Street, Suite 2160; Kansas City, MO 64105

If you would like to pay your invoice online or by phone, a 3% convenience fee will be added to your invoice.

EIN: 47-1799181

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Technical Time - per hr**<br>Consolidate report and production data from Perin Investigations and Complete Legal; and deliver FTP link for download to counsel via email with content summary. | 0.40 | 225.00 | 90.00 |
| **Culling Data - per GB**<br>Ingestion of documents from local user profiles MA and JW to Explore eDiscovery utility for native processing, OCR, searching, and export to load file format. | 173 | 50.00 | 8,650.00 |
| **Shipping**<br>Shipped Materials- Fedex return of copies of images | 1 | 60.00 | 60.00 |
| **Senior Consulting Service**<br>Perin- Forensic Consulting-Creation of Forensic and eDiscovery Analysis Report | 9.02 | 250.00 | 2,255.00 |

Reference:  EGC

BALANCE DUE                    **$16,132.25**

Please remit payment to:  1100 Main Street, Suite 2160; Kansas City, MO 64105

If you would like to pay your invoice online or by phone, a 3% convenience fee will be added to your invoice.

EIN: 47-1799181

— **EXHIBIT 7** —

| From: | Alaska Airlines |
|---|---|
| To: | Adrienne McEntee |
| Subject: | [External] Confirmation Letter - FLWGNC 01/13/20 - from Alaska Airlines |
| Date: | Friday, December 27, 2019 4:44:08 PM |

If you have trouble viewing this message, click here to request a plain text-only version of this email.



## Confirmation code:  FLWGNC

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

View full details about your flight reservation and fare.

**VIEW/MANAGE**

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska 478<br>Boeing 737-900 | Seattle ( SEA)<br>Mon, Jan 13<br>7:00 am | Kansas City ( MCI)<br>Mon, Jan 13<br>12:34 pm | R<br>(Coach) | Adrienne Mcentee | 10C |
| Alaska 891<br>Boeing 737-900 | Kansas City ( MCI)<br>Wed, Jan 15<br>1:35 pm | Seattle ( SEA)<br>Wed, Jan 15<br>3:50 pm | R<br>(Coach) | Adrienne Mcentee | 16D |

### Additional information

**Prohibited hazardous materials**
The Federal Government has specific restrictions about hazardous materials in carry-on and checked baggage. Failure to declare hazardous materials may result in civil and criminal penalties. For more information, visit: the FAA website.

### Summary of airfare charges

Adrienne Mcentee
*Mileage Plan MVP Gold Member #*
Ticket 0272150514079

| | |
|---|---|
| Base Fare and Surcharges | $174.88 |
| Taxes and Other Fees | $41.72 |
| Per person total | $216.60 |

**Total charges for air travel**     **USD $216.60**
View all taxes, fees and charges

### Total charges and credits

Nonrefundable fare of $216.60 was charged to the Visa card with number ******     held by Adrienne Mcentee on 12/27/2019.

### Travel insurance by Allianz Global Assistance

Purchase travel insurance benefits and travel assistance services for your trip from Allianz Global Assistance. Learn more

— **EXHIBIT  8** —

# HOME2
## SUITES BY HILTON

| Name and Address |
|---|
| MCENTEE, ADRIENNE |
| 936 N. 34TH ST., SUITE 300 |
| SEATTLE, WA 98103 |

| Hotel Address |
|---|
| 2001 MAIN STREET |
| KANSAS CITY, MO 64108 |

**HOME2 SUITES BY HILTON - KANSAS CITY DOWNTOWN**

Reservations
www.home2suites.com or
1-877-6Home02

| | |
|---|---|
| Room | 334/NUJ |
| Arrival Date | 01/13/20 |
| Departure Date | 01/15/20 |
| Adult/Child | 1/0 |
| Room Rate | $143.10 |
| Rate Plan | S-A^A^ |
| Honors # | |
| Airline: | |

Confirmation #  54576407

01/15/20   PAGE  1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 01/13/20 | 267535 | *PARKING | $12.00 |
| 01/13/20 | 267536 | GUEST ROOM | $143.10 |
| 01/13/20 | 267536 | RM-STATE TAX | $13.74 |
| 01/13/20 | 267536 | RM-CITY TAX | $10.73 |
| 01/13/20 | 267536 | RM-ARENA FEE TAX | $1.50 |
| 01/14/20 | 267792 | *PARKING | $12.00 |
| 01/14/20 | 267793 | GUEST ROOM | $143.10 |
| 01/14/20 | 267793 | RM-STATE TAX | $13.74 |
| 01/14/20 | 267793 | RM-CITY TAX | $10.73 |
| 01/14/20 | 267793 | RM-ARENA FEE TAX | $1.50 |
| 01/15/20 | 267899 | ********* | ($362.14) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



             



# — EXHIBIT  9 —

| | |
|---|---|
| **From:** | |
| **To:** | Adrienne McEntee |
| **Subject:** | Fwd: [External] Costco Travel: Confirmation # C369043994 |
| **Date:** | Monday, January 27, 2020 4:18:50 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** Costco Travel <customercare@costcotravel.com>
> **Date** ıt 8:03:32 AM PST
> **To:** yahoo.com
> **Subject: Costco Travel: Confirmation # C369043994**

Thank you for booking with Costco Travel.

Below is your confirmation number and details. Please save this information and have it with you when you pick up your rental car.

- Do you need a hotel stay? Shop now
- For details on changing or canceling your reservation see our FAQs.
- Remember, Executive Members earn an annual 2% Reward on Costco Travel purchase. Learn more.

Please do not reply to this message. Replies are directed to an unmonitored mailbox.

Costco Travel | Vacation Packages | Cruises | Rental Cars | Hotels | Theme Parks & Specialty

| | |
|---|---|
| | Booking Date: **January 01, 2020** |
| | View/Print Date: **J** |
| | Costco Membership # |
| P.O. Box 34404, Seattle, WA 98124-9775 | Member Name: **ADRIENNE MCENTEE** |
| | Departure Date: **January 13, 2020** |

| **Reservations:** 1-888-455-2848 | **Assistance While Traveling:** 1-866-317-4711 |
|---|---|
| Monday - Friday 05:00 AM - 09:00 PM(Pacific Time) | Monday - Friday 05:00 AM - 09:00 PM(Pacific Time) |
| Saturday - Sunday 06:00 AM - 05:30 PM(Pacific Time) | Saturday - Sunday 06:00 AM - 09:00 PM(Pacific Time) |

### YOUR TRIP INFORMATION

| | |
|---|---|
| Costco Travel Confirmation Number: | **C369043994** |
| Budget Confirmation Number: | **21744484US6** |

### RENTAL INFORMATION

| | |
|---|---|
| Renter Name: | **Adrienne McEntee** |
| Rental Price: | **$94.11** |

The price includes savings of up to 30% off Budget base rates.

| | Date | Location | Time |
|---|---|---|---|
| **Pick-up:** | 1/13/20 | Kansas City | 12:30 PM |
| **Drop-off:** | 1/15/20 | Kansas City | 12:00 PM |
| **Car Type:** | Budget - Intermediate SUV | | |

## Price Summary

| | |
|---|---:|
| Car Rental | $61.58 |
| Taxes and fees | $32.53 |
| **Total Rental Price** | **$94.11** |

## Know Before You Go

- One additional driver fee will be waived for Costco members at locations in the U.S.

- Should you wish to make a change to your reservation, book a new reservation with the updated information and then cancel your original reservation. There are no penalties to cancel at any time.

- The renter must present their Costco membership card at the time of pickup.

- Automobile insurance, optional equipment and other services may be added for an additional cost at the time of pickup.

- Please carefully review your rental agreement at the counter prior to signing to ensure all information, charges and changes, if any, are correct.

## ADDITIONAL INFORMATION

### Intermediate SUV

- Ford Escape or similar
- AUTOMATIC transmission, Air conditioning
- Unlimited mileage

| | | | |
|---|---|---|---|
| **Pick-up:** | **Mon, Jan 13, 2020** | **Time:** 12:30 PM | |
| | Kansas City | | |
| **Drop-off:** | **Wed, Jan 15, 2020** | **Time:** 12:00 PM | |
| | Kansas City | | |
| **No. of days:** | 2 | | |
| **BCD#:** | W852802 | **Coupon#:** - | |
| **Flight Details:** | **Airline :** Alaska Airlines | **Flight Number :** 478 | |

## Location Information

**Pick-Up Location**
Kansas City
703 London Drive
Kansas City, MO 64153, US
Ph: 816-243-5757
Midnight - 01:00 AM
06:00 AM - Midnight

**Drop-Off Location**
Kansas City
703 London Drive
Kansas City, MO 64153, US
Ph: 816-243-5757
Midnight - 01:00 AM
06:00 AM - Midnight

Copyright © 2008-2020 Costco Wholesale. All Rights Reserved.

Print Itinerary (Login Required)



**You have earned approximately $1.23 towards your Executive Member 2% Reward on this purchase.**

Your actual Reward will be calculated and applied on completed travel. Excludes taxes, fees, surcharges, gratuities, trip protection, and portions of travel purchased through a third party such as upgrades, rental car equipment, and similar extras. View more details