Craig B. Friedberg, NSB #004606
E-mail: attcbf@cox.net
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435-7968
Facsimile: (702) 825-8071

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation, BAETYL GROUP LLC, a Texas limited liability company,<br><br>        Defendants.<br>────────────────────<br>AND ALL RELATED ACTIONS. | NO. 2:19-cv-00115-RFB-EJY<br><br>**DECLARATION OF CRAIG B. FRIEDBERG IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND COSTS** |

I, Craig B. Friedberg, hereby declare as follows:

1.      I am one of Plaintiffs' attorneys in this matter. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I would and could competently testify thereto.

DECLARATION OF CRAIG B. FRIEDBERG IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND COSTS - 1
Case No. 2:19-cv-00115-RFB-EJY

2.     My time record for the day of the hearing at issue, January 9, 2020 is as follows:

| | | |
|---|---|---|
| 1/9/2020 | Prepare for and attend hearing on P's emergency motion to compel and for sanctions | 2.0 hrs |
| 1/9/2020 | Meeting w/ co-counsel re: hearing results and further procedures | 1.0 hrs |
| | TOTAL | 3.0 hrs |

I have personally reviewed these records and the time expended was reasonably related to, and necessary for, the subject hearing.

3.     My historical hourly rate since January 2019 is $500.00 per hour. I have regularly billed clients in both non-contingent and contingent matters for my time at that rate. I raised my rate to $500/hr as a result of increasing overhead and cost-of-living costs and the fact that the prior rate of $450/hr had been in place for the previous four years unchanged. It is not a special or enhanced fee. It is the rate at which I am customarily retained and paid. It is also within the recognized range for class action and TCPA attorneys in Nevada. *See **Exhibit 1**,* Ronald L. Burdge*, United States Consumer Law Attorney Fee Survey Report 2017-2018,* at 122-23*, available at https://burdgelaw.com/wp-content/uploads/2019/10/US-Consumer-Law-Attorney-Fee-Survey-Report-2017-2018.pdf. **The total amount requested is $1,500.00.***

4.     For the preceding four years before January 2019, I had regularly billed clients in both non-contingent and contingent matters for my time at the hourly rate of $450.00. This rate has been approved in the two FDCPA class action cases in which it was presented to the Court, by the Honorable Lloyd D. George in *Hernandez v. Guglielmo*, case no. 2:09-cv-830, in 2015, and by the Honorable Andrew P. Gordon, in *Morris v. CACH*, case no. 2:13-cv-270, also in 2015. In 2017, in the Eighth Judicial District, Clark County, Nevada, I was approved at $450.00/hr by the Honorable Kenneth Cory in an individual case, *Kelley v. Fairway Chevrolet Co.*, case no. A-13-674480-C ("Mr. Friedberg's historical billing rate of $450.00 per hour, [is] the prevailing rate in the community given the expertise, experience and reputation of Plaintiff's

DECLARATION OF CRAIG B. FRIEDBERG IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND COSTS - 2
Case No. 2:19-cv-00115-RFB-EJY

1   counsel, coupled with the type of consumer protection work both attorneys practice within this

2   locality.").

3        I declare under penalty of perjury under the laws of the State of Nevada that the

4   foregoing is true and correct.

5        EXECUTED in Las Vegas, NV, this 30th day of January, 2020.

6

7                /s/ *Craig B. Friedberg*

8               CRAIG B. FRIEDBERG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DECLARATION OF CRAIG B. FRIEDBERG IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND COSTS - 3
Case No. 2:19-cv-00115-RFB-EJY

1

CERTIFICATE OF SERVICE

2

I, Adrienne D. McEntee, hereby certify that on January 30, 2020, I electronically filed the

3

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

4

such filing to the following:

5

Ana Tagvoryan
Email: atagvoryan@blankrome.com

6

Harrison Brown
Email: hbrown@blankrome.com

7

BLANK ROME LLP
2029 Century Park East, 6th Floor

8

Los Angeles, California 90067
Telephone: (424) 239-3400

9

Facsimile: (424) 239-3434

10

*Attorneys for Defendant Sperian Energy Corp.*

11

Adam Knecht
Email: aknecht@alversontaylor.com

12

ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway, Suite 200

13

Las Vegas, Nevada 89149
Telephone: (702) 384-7000

14

Facsimile: (702) 385-7000

15

*Attorneys for Defendant Energy Group Consultants, Inc.*

16

DATED this 30th day of January, 2020.

17

TERRELL MARSHALL LAW GROUP PLLC

18

By: /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*

19

Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com

20

936 North 34th Street, Suite 300
Seattle, Washington 98103

21

Telephone: (206) 816-6603
Facsimile: (206) 319-5450

22

*Attorneys for Plaintiffs*

23

24

25

DECLARATION OF CRAIG B. FRIEDBERG IN SUPPORT OF PLAINTIFFS'
MEMORANDUM IN SUPPORT OF ATTORNEYS' FEES AND COSTS - 4
Case No. 2:19-cv-00115-RFB-EJY

# — EXHIBIT  1 —



# UNITED STATES CONSUMER LAW

# ATTORNEY FEE SURVEY REPORT

# 2017-2018



# Ronald L. Burdge, Esq.

**United States Consumer Law
Attorney Fee Survey Report 2017-2018**

Survey Conducted By
and
Survey Report Authored By

Ronald L. Burdge, Esq.
Burdge Law Office Co. L.A.
8250 Washington Village Drive
Dayton, OH 45458-1850
Voice: 937.432.9500
Fax: 937.432.9503

Email: Ron@BurdgeLaw.com



Attribution, No Derivs
CC-BY-ND

This copyright license allows for redistribution, commercial and non-commercial use, as long as all quoted and selected contents are passed along unchanged and with credit to the publication and author.

Copyright © 2019 by R.L.Burdge
September 10, 2019

This publication contains the results of proprietary research.

This publication was created to provide accurate and authoritative information concerning the subject matter covered. The publisher is not engaged in rendering legal or other professional advice and this publication is not a substitute for the advice of an attorney or expert. If you require legal or other expert advice, you should seek the services of a competent attorney or other professional.

Nevada

|  | This Survey |
|---|---|
| Average Number of Attorneys in Firm | 2.33 |
| Median Years in Practice | 23.5 |
| Average Concentration of Practice in Consumer Law | 77.8 |
| Primary Practice Area | Consumer Law |
| Secondary Practice Area | Bankruptcy |
| Average Number of Paralegals in Firm | 1.22 |
| Last Time Attorney Rate Changed (Average in Months) | 15.66 |
| Average Billable Paralegal Rate | 140 |
| Average Attorney Rate for All Attorneys | 404 |
| 25% Median Attorney Rate for All Attorneys | 350 |
| Median Attorney Rate for All Attorneys | 450 |
| 75% Median Attorney Rate for All Attorneys | 525 |
| 95% Median Attorney Rate for All Attorneys | 600 |
| Median Metropolitan Attorney Rate | 450 |
| Median Non-Metropolitan Attorney Rate | 350 |
| Median Attorney Rate in Northern Area of State | 350 |
| Median Attorney Rate in Southern Area of State | 450 |
| Median Attorney Rate in Eastern Area of State | 350 |
| Median Attorney Rate in Western Area of State | 450 |
| Median Attorney Rate in Central Area of State | 450 |

Median Rates for Practice Areas

|  | 25% Median | Median | 95% Median |
|---|---|---|---|
| Attorneys Handling Bankruptcy Cases | 275 | 475 | 525 |
| Attorneys Handling Class Action Cases | 400 | 500 | 625 |
| Attorneys Handling Credit Rights Cases | 288 | 450 | 613 |
| Attorneys Handling Mortgage Cases | 250 | 413 | 513 |
| Attorneys Handling Vehicle Cases | 450 | 500 | 550 |
| Attorneys Handling TCPA Cases | 450 | 500 | 575 |
| Attorneys Handling Other Cases | 350 | 450 | 525 |