JOINTLY SUBMITTED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation, BAETYL GROUP LLC, a Texas limited liability company,<br><br>Defendants.<br><br>Related Cross-Claims and Third-Party Claims. | Case No. 2:19-cv-00115-RFB-EJY<br><br>**STIPULATION TO EXTEND THE DEADLINES TO SUBMIT AND RESPOND TO DISPOSITIVE MOTIONS ON PHASE I ISSUES BY 14 DAYS; [PROPOSED] ORDER** |

| | |
|---|---|
|1| This stipulation is entered into by and between Tomorrow Energy Corp. fka Sperian Energy Corp. ("Tomorrow Energy" or "Sperian"), Andrew Perrong ("Mr. Perrong"), James Everett Shelton ("Mr. Shelton") (together, with Mr. Perrong, "Plaintiffs"), Energy Group Consultants, Inc. ("EGC Inc."), and Energy Group Consultants, LLC ("EGC LLC"), and made with reference to and in contemplation of the following facts and circumstances:

1. On November 8, 2019, the aforementioned parties appeared before the Honorable Magistrate Judge Elayna J. Youchah for a status conference. Among other things, the Court ordered that discovery be bifurcated. (Dkt. No. 104.)

2. On December 10, 2019, the parties appeared before the Honorable Magistrate Judge Elayna J. Youchah for a telephonic status conference. Among other things, the Court established a March 31, 2020 deadline by which to file dispositive motions on Phase I issues. (Dkt. No. 106.)

3. Phase I discovery recently concluded. To allow additional time to review documents and information exchanged during Phase I discovery, the parties agree, subject to the Court's approval, that the deadline by which to file dispositive motions on Phase I issues is extended by 14 days, from March 31, 2020 to April 14, 2020.

4. The parties also agree that the deadline by which to respond to the dispositive motions on Phase I issues is extended by 14 days, from April 21, 2020 to May 5, 2020.

5. The parties also agree that the deadline by which to submit a reply in support of dispositive motions on Phase I issues is extended by 14 days, from May 5, 2020 to May 19, 2020.

IT IS SO STIPULATED between counsel for the parties that (i) the deadline by which to file dispositive motions on Phase I issues is extended by 14 days, from March 31, 2020 to April 14, 2020, (ii) the deadline by which to respond to the dispositive motions on Phase I issues is extended by 14 days, from April 21, 2020 to May 5, 2020, and (iii) the deadline by which to submit a reply in support of dispositive motions on Phase I issues is extended by 14 days, from May 5, 2020 to May 19, 2020.

| | |
|---|---|
| DATED: March 23, 2020 | By: /s/ Harrison Brown |
| | BLANK ROME LLP |
| | Ana Tagvoryan (admitted *pro hac vice*) |
| | atagvoryan@blankrome.com |
| | Harrison Brown (admitted *pro hac vice*) |
| | hbrown@blankrome.com |
| | Dustin Moaven (pending admission *pro hac vice*) |
| | dmoaven@blankrome.com |
| | 2029 Century Park East | 6th Floor |
| | Los Angeles, CA 90067 |
| | Telephone:424.239.3400 |
| | Facsimile: 424.239.3434 |
| | |
| | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| | Gary Schnitzer (Nevada Bar No. 395) |
| | gschnitzer@ksjattorneys.com |
| | 8985 S. Eastern Avenue, Suite 200 |
| | Las Vegas, Nevada 89123 |
| | Telephone:702.362.6666 |
| | Facsimile: 702.362.2203 |
| | |
| | Attorneys for |
| | TOMORROW ENERGY CORP. |
| | fka SPERIAN ENERGY CORP. |
| | |
| DATED: March 23, 2020 | By: /s/ Adam Knecht |
| | ALVERSON TAYLOR & SANDERS |
| | Kurt Bonds |
| | kbonds@alversontaylor.com |
| | Adam Knecht |
| | aknecht@alversontaylor.com |
| | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, NV 89149 |
| | Telephone:702.384.7000 |
| | Facsimile: 702.385.7000 |
| | |
| | Attorneys for |
| | ENERGY GROUP CONSULTANTS, INC. and |
| | ENERGY GROUP CONSULTANTS, LLC |

| | |
|---|---|
| DATED: March 23, 2020 | By: /s/ Adrienne McEntee |

TERRELL MARSHALL LAW GROUP PLLC
Adrienne McEntee (admitted *pro hac vice*)
amcentee@terrellmarshall.com
Jennifer Murray (admitted *pro hac vice*)
jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone: 206.816.6603
Facsimile: 206.319.5450

PARONICH LAW, P.C.
Anthony Paronich (admitted *pro hac vice*)
anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 617.485.0018
Facsimile: 508.318.8100

LAW OFFICES OF CRAIG B. FRIEDBERG
Craig Friedberg
attcbf@cox.net
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: 702.435.7968
Facsimile: 702.946.0887

Attorneys for
ANDREW PERRONG and JAMES EVERETT SHELTON

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that (i) the deadline by which to file dispositive motions on Phase I issues is extended by 14 days, from March 31, 2020 to April 14, 2020, (ii) the deadline by which to respond to the dispositive motions on Phase I issues is extended by 14 days, from April 21, 2020 to May 5, 2020, and (iii) the deadline by which to submit a reply in support of dispositive motions on Phase I issues is extended by 14 days, from May 5, 2020 to May 19, 2020.

SO ORDERED.

DATED: March 24, 2020

By: _____
Elayna J. Youchah
United States Magistrate Judge