1   JOINTLY SUBMITTED

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

11   ANDREW PERRONG and JAMES EVERETT
SHELTON, individually and on behalf of all others
12   similarly situated,

13                              Plaintiff,

14          vs.

15   TOMORROW ENERGY CORP fka SPERIAN
ENERGY CORP, a Nevada corporation, and
16   ENERGY GROUP CONSULTANTS, INC., a
Kansas corporation, BAETYL GROUP LLC, a
17   Texas limited liability company,

18                              Defendants.

19   Related Cross-Claims and Third-Party Claims.

20

Case No. 2:19-cv-00115-RFB-EJY

**STIPULATION TO SUSPEND
DISPOSITIVE MOTION BRIEFING
PENDING OUTCOME OF
MEDIATION; [PROPOSED] ORDER**

21

22

23

24

25

26

27

28

153423.00602/123122215v.3

STIPULATION TO SUSPEND DISPOSITIVE MOTION BRIEFING PENDING OUTCOME OF MEDIATION

This stipulation is entered into by and between Tomorrow Energy Corp. fka Sperian Energy Corp. ("Tomorrow Energy" or "Sperian"), Andrew Perrong ("Mr. Perrong"), James Everett Shelton ("Mr. Shelton") (together, with Mr. Perrong, "Plaintiffs"), Energy Group Consultants, Inc. ("EGC Inc."), and Energy Group Consultants, LLC ("EGC LLC"), and made with reference to and in contemplation of the following facts and circumstances:

1.     On November 8, 2019, the aforementioned parties appeared before the Honorable Magistrate Judge Elayna J. Youchah for a status conference.  Among other things, the Court ordered that discovery be bifurcated.  (Dkt. No. 104.)  Subsequently, the Court established a deadline by which to file dispositive motions on Phase I issues.  (Dkt. No. 106.)  The parties recently stipulated to extend the briefing schedule on Phase I dispositive motions, such that motions are due by April 21, 2020, oppositions are due by May 12, 2020, and replies are due by May 26, 2020.  (Dkt. No. 141.)

2.     The parties have reached an agreement to mediate their dispute.  The parties will participate in a mediation with Bruce A. Friedman, Esq. of JAMS on April 30, 2020.

3.     So that the parties may conserve resources, focus their efforts on a possible resolution, and avoid burdening the Court with unnecessary briefing, the parties stipulate and agree, subject to the Court's approval, that the briefing schedule on Phase I dispositive motions be suspended pending the outcome of mediation.

4.     The parties agree to submit a joint status report which discusses the result of the mediation by May 4, 2020.

IT IS SO STIPULATED between counsel for the parties that the briefing scheduling on Phase I dispositive motions is suspended pending mediation.  The parties will submit a joint status report on the outcome of mediation and/or a renewed stipulation with a briefing schedule on dispositive motions for Phase I by May 4, 2020.

**STIPULATION TO SUSPEND DISPOSITIVE MOTION BRIEFING PENDING OUTCOME OF MEDIATION**

DATED:  April 16, 2020

By: /s/ Harrison Brown
      BLANK ROME LLP
      Ana Tagvoryan (admitted *pro hac vice*)
      atagvoryan@blankrome.com
      Harrison Brown (admitted *pro hac vice*)
      hbrown@blankrome.com
      Dustin Moaven (pending admission *pro hac vice*)
      dmoaven@blankrome.com
      2029 Century Park East | 6th Floor
      Los Angeles, CA 90067
      Telephone:424.239.3400
      Facsimile: 424.239.3434

      KRAVITZ, SCHNITZER & JOHNSON, CHTD.
      Gary Schnitzer (Nevada Bar No. 395)
      gschnitzer@ksjattorneys.com
      8985 S. Eastern Avenue, Suite 200
      Las Vegas, Nevada 89123
      Telephone:702.362.6666
      Facsimile: 702.362.2203

Attorneys for
TOMORROW ENERGY CORP.
fka SPERIAN ENERGY CORP.

DATED:  April 16, 2020

By: /s/ Adam Knecht
      ALVERSON TAYLOR & SANDERS
      Kurt Bonds
      kbonds@alversontaylor.com
      Adam Knecht
      aknecht@alversontaylor.com
      6605 Grand Montecito Parkway, Suite 200
      Las Vegas, NV 89149
      Telephone:702.384.7000
      Facsimile: 702.385.7000

Attorneys for
ENERGY GROUP CONSULTANTS, INC. and
ENERGY GROUP CONSULTANTS, LLC

DATED:  April 16, 2020

By: /s/ Adrienne McEntee

TERRELL MARSHALL LAW GROUP PLLC
Adrienne McEntee (admitted *pro hac vice*)
amcentee@terrellmarshall.com
Jennifer Murray (admitted *pro hac vice*)
jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, WA 98103
Telephone:206.816.6603
Facsimile: 206.319.5450

PARONICH LAW, P.C.
Anthony Paronich (admitted *pro hac vice*)
anthony@paronichlaw.com
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:617.485.0018
Facsimile: 508.318.8100

LAW OFFICES OF CRAIG B. FRIEDBERG
Craig Friedberg
attcbf@cox.net
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone:702.435.7968
Facsimile: 702.946.0887

Attorneys for
ANDREW PERRONG and JAMES EVERETT SHELTON

**ORDER**

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the briefing scheduling on Phase I dispositive motions is suspended pending the parties' April 30, 2020 mediation.  The parties will submit a joint status report on the outcome of mediation and/or a renewed stipulation with a briefing scheduling on dispositive motions for Phase I by May 4, 2020.

Dated:  April 17, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO SUSPEND DISPOSITIVE MOTION BRIEFING PENDING OUTCOME OF MEDIATION**