**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Energy Group Consultants, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>SPERIAN ENERGY CORP., a Nevada corporation, ENERGY GROUP CONSULTANTS, INC., a Kansas Corporation, and BAETYL GROUP LLC, a Texas limited liability company,<br><br>Defendants | CASE NO.: 2:19-cv-00115-RFB-EJY<br><br><br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE AND FOR SANCTIONS AGAINST DEFENDANT EGC** |
| TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation,<br><br>Cross-Claimant and Third-Party Plaintiff,<br>v.<br><br>BAETYL GROUP LLC, a Texas limited liability company,<br><br>Cross-Defendant, and<br><br>KEVIN SANGUDI, an individual,<br><br>Third-Party Defendant. | |
| Related cross-complaints and third-party complaints. | |

Defendant ENERGY GROUP CONSULTANTS, INC. ("EGC") and Plaintiffs ANDREW PERRONG and JAMES EVERETT SHELTON ("Plaintiffs"), stipulate to continue EGC's Response to Plaintiffs' Motion for an Order to Show Cause and for Sanctions Against Defendant EGC ("Motion") as follows:

AK/26465

4829-9797-3611

1     WHEREAS, EGC's Response to the Motion is due August 7, 2020;

2     WHEREAS, EGC requested, and Plaintiffs agreed, to continue EGC's Response to the Motion by one week;

4     WHEREAS, EGC does not make this request for purposes of delay;

5     THEREFORE, in consideration of the foregoing, IT IS HEREBY STIPULATED AND AGREED:

7     1.     EGC's shall respond to the Plaintiffs' Motion on or before August 14, 2020.

8     **IT IS STIPULATED.**

DATED: August 7, 2020.                                  DATED: August 7, 2020.

TERRELL MARSHALL LAW GROUP PLLC         ALVERSON TAYLOR & SANDERS

By: /s/ Adrienne D. McEntee_____      By: /s/  Adam R. Knecht_____
Adrienne D. McEntee, Admitted Pro Hac Vice      Kurt R. Bonds, Esq.
Jennifer Rust Murray, Admitted Pro Hac Vice     Adam R. Knecht, Esq.
Email: jmurray@terrellmarshall.com              6605 Grand Montecito Pkwy., Ste. 200
Adrienne D. McEntee, Admitted Pro Hac Vice      Las Vegas, NV 89149
Email: amcentee@terrellmarshall.com             *Attorneys for Energy Group Consultants, Inc.*
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816‑6603
Facsimile: (206) 319‑5450

Anthony I. Paronich, Admitted Pro Hac Vice
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485‑0018
Facsimile: (508) 318‑8100

Craig B. Friedberg, NSB #004606
E‑mail: attcbf@cox.net
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435‑7968
Facsimile: (702) 825‑8071

*Attorneys for Plaintiffs*

**ORDER**

IT IS ORDERED THAT Defendant EGC shall respond to the Plaintiffs' Motion for an Order to Show Cause and for Sanctions Against Defendant EGC on or before August 14, 2020.

**IT IS SO ORDERED.**

Date: August 7, 2020.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

**ALVERSON TAYLOR & SANDERS**

/s/ Adam R. Knecht
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
(702) 384-7000
*Attorneys for Energy Group Consultants, Inc.*