Craig B. Friedberg, NSB #004606
E-mail: attcbf@cox.net
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435-7968
Facsimile: (702) 825-8071

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation, BAETYL GROUP LLC, a Texas limited liability company,<br><br>Defendants.<br>_____<br>AND ALL RELATED ACTIONS. | NO. 2:19-cv-00115-RFB-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, CLASS CERTIFICATION, AND DISPOSITIVE MOTION DEADLINES** |

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, CLASS CERTIFICATION, AND DISPOSITIVE MOTION DEADLINES - 1
CASE NO. 2:19-CV-00115-RFB-EJY

## I. STIPULATION

Whereas on March 30, 2021, the Court denied defendant/cross-claimant/third-party plaintiff Tomorrow Energy Corp. fka Sperian Energy Corp.'s ("Sperian") motion for summary judgment without prejudice[1] and ordered the parties to submit a joint proposed schedule for Phase II of the case, which includes all issues in the case, Plaintiff Andrew Perrong ("Mr. Perrong"), Plaintiff James Everett Shelton ("Mr. Shelton") (collectively, "Plaintiffs"), Sperian, and defendant/cross-defendant Energy Group Consultants, Inc., and third-party defendant Energy Group Consultants, LLC (Energy Group Consultants entities collectively referred to as "EGC") provide the following:

| EVENT | PROPOSAL |
|---|---|
| Motion to amend pleadings pursuant to Rule 15(a)(2) | May 28, 2021 |
| Fact discovery deadline | August 31, 2021 |
| Expert reports relating to class certification | September 30, 2021 |
| Rebuttal expert reports relating to class certification | October 29, 2021 |
| Class certification motion deadline and dispositive motion deadline | November 12, 2021 |
| Opposition to class certification deadline and opposition to dispositive motion deadline | Within 28 days of the filing of the motion, but in no event later than December 10, 2021 |

---

[1] Insofar as it may impact the schedule in this case, Sperian advises that it is evaluating whether to bring a motion for reconsideration of the Court's ruling on its Phase I motion for summary judgment in light of the United States Supreme Court's recent ruling late last week in *Facebook Inc. v. Duguid*, No. 19-511, on the ground that there has been an intervening change in controlling law. Plaintiffs do not endorse this possibility and believe that the motion would not be proper.

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, CLASS CERTIFICATION, AND DISPOSITIVE MOTION DEADLINES - 2
CASE NO. 2:19-CV-00115-RFB-EJY

| EVENT | PROPOSAL |
|---|---|
| Reply in support of class certification deadline and reply in support of dispositive motion deadline | Within 14 days of the filing of the opposition, but in no event later than December 24, 2021 |
| Joint pre-trial memorandum | To be determined following the Court's ruling on the latter of class certification and dispositive motions |

RESPECTFULLY SUBMITTED AND DATED this 12th day of April, 2021.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee, *Admitted PHV*
    Jennifer Rust Murray, *Admitted PHV*
    Email: jmurray@terrellmarshall.com
    Adrienne D. McEntee, *Admitted PHV*
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Anthony I. Paronich, *Admitted PHV*
    Email: anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (617) 485-0018
    Facsimile: (508) 318-8100

    Craig B. Friedberg, NSB #004606
    E-mail: attcbf@cox.net
    4760 South Pecos Road, Suite 103
    Las Vegas, Nevada 89121
    Telephone: (702) 435-7968
    Facsimile: (702) 825-8071

*Attorneys for Plaintiffs*

BLANK ROME LLP

By: /s/ Harrison Brown
    Ana Tagvoryan
    Email: atagvoryan@blankrome.com
    Harrison Brown
    Email: hbrown@blankrome.com
    Dustin Zal Moaven
    Email: dmooaven@blankrome.com
    2029 Century Park East, 6th Floor
    Los Angeles, California 90067
    Telephone: (424) 239-3400
    Facsimile: (424) 239-3434

*Attorneys for Defendant Sperian Energy Corp.*

    Adam Knecht
    Email: aknecht@alversontaylor.com
    ALVERSON TAYLOR & SANDERS
    6605 Grand Montecito Parkway, Suite 200
    Las Vegas, Nevada 89149
    Telephone: (702) 384-7000
    Facsimile: (702) 385-7000

*Attorneys for Defendant Energy Group Consultants, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, CLASS CERTIFICATION, AND DISPOSITIVE MOTION DEADLINES - 3
CASE NO. 2:19-CV-00115-RFB-EJY

**II.   PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated this _____ day of _____, 2021


                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY, CLASS CERTIFICATION, AND DISPOSITIVE MOTION DEADLINES - 4
CASE NO. 2:19-CV-00115-RFB-EJY