Craig B. Friedberg, NSB #004606
E-mail: attcbf@cox.net
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435-7968
Facsimile: (702) 825-8071

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ENERGY GROUP CONSULTANTS, INC., a Kansas corporation, BAETYL GROUP LLC, a Texas limited liability company,<br><br>Defendants.<br><hr>AND ALL RELATED ACTIONS. | NO. 2:19-cv-00115-RFB-EJY<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST ENERGY GROUP CONSULTANTS, INC.** |

Pursuant to FRCP 41, Plaintiffs Andrew Perrong and James Everett Shelton ("Plaintiffs") and Defendant Energy Group Consultants, Inc. ("EGC") (collectively referred to herein as the "Parties"), hereby stipulate and agree to dismiss EGC from this action with prejudice, each party to bear their own costs and fees.

. . .

- 1
Case No. 2:19-cv-00115-RFB-EJY

1 | **It is so STIPULATED.**

DATED: November 30, 2021.                    DATED: November 30, 2021.

PARONICH LAW, P.C.                           ALVERSON TAYLOR & SANDERS

By: /s/ Anthony I. Paronich                  By: /s/ Adam R. Knecht_____

Anthony I. Paronich (*pro hac vice*)         Adam R. Knecht, Esq.
Paronich Law, P.C.                           Nevada Bar No.: 13166
350 Lincoln Street, Suite 2400               6605 Grand Montecito Pkwy., Ste. 200
Hingham, MA 02043                            Las Vegas, NV 89149
[o] (617) 485-0018                           *Attorneys for Energy Group Consultants, Inc.*
[f] (508) 318-8100
anthony@paronichlaw.com

Craig B. Friedberg, NSB #004606
Email: attcbf@cox.net
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Telephone: (702) 435‑7968
Facsimile: (702) 825‑8071

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of December, 2021.

- 2
Case No. 2:19-cv-00115-RFB-EJY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on this November 30, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich

- 3
Case No. 2:19-cv-00115-RFB-EJY