1  KRAVITZ, SCHNITZER & JOHNSON, P.C.
   Gary Schnitzer (SBN 295)
2  gschnitzer@ksjattorneys.com
   8985 S Eastern Avenue, Suite 200
3  Las Vegas, NV 89123
   Telephone:   702.362.6666
4  Facsimile:   702.362.2203

5  BLANK ROME LLP
   Ana Tagvoryan (admitted *pro hac vice*)
6  atagvoryan@blankrome.com
   Harrison Brown (admitted *pro hac vice*)
7  hbrown@blankrome.com
   2029 Century Park East | 6th Floor
8  Los Angeles, CA 90067
   Telephone:   424.239.3400
9  Facsimile:   424.239.3434

10 Attorneys for Cross-Claimant and Third-Party Plaintiff
   TOMORROW ENERGY CORP.,
11 FKA SPERIAN ENERGY CORP.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation, BAETYL GROUP LLC, a Texas limited liability company,<br><br>　　　　　　　Defendants.<br><br>Related Cross-Claims and Third-Party Claims. | Case No. 2:19-cv-00115-CDS-EJY<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

129219958

**[PROPOSED] ORDER**

Upon Cross-Claimant and Third-Party Plaintiff Tomorrow Energy Corp fka Sperian Energy Corp's ("Tomorrow Energy" or "Sperian") Motion for Entry of Default Judgment Against Cross-Defendant Baetyl Group LLC ("Baetyl") and Third-Party Defendant Kevin Sangudi ("Mr. Sangudi") (Dkt. No. 206), the Court, having considered the papers submitted and oral argument presented, and finding good cause, HEREBY ORDERS that the Motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is hereby entered in favor of Tomorrow Energy against the Baetyl and Mr. Sangudi in the amount of $283,935.40.

2. In accordance with Nevada law, the judgment shall draw interest from the time of service of the summons and complaint until satisfied, except for any amount representing future damages, which draws interest only from the time of the entry of the judgment until satisfied, at a rate equal to the prime rate at the largest bank in Nevada as ascertained by the Commissioner of Financial Institutions on January 1 or July 1, as the case may be, immediately preceding the date of judgment, plus 2 percent. As of July 1, 2022, the prime rate is 4.75%. *See* https://fid.nv.gov/Resources/Fees_and_Prime_Interest_Rate/ (last accessed July 28, 2022). As such, the judgment will draw interest at 6.75%. The rate must be adjusted accordingly on each January 1 and July 1 thereafter until the judgment is satisfied.

Dated: _____

_____
Hon. Cristina D. Silva
United States District Court Judge