KRAVITZ, SCHNITZER & JOHNSON, P.C.
Gary Schnitzer (SBN 295)
gschnitzer@ksjattorneys.com
8985 S Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone:   702.362.6666
Facsimile:    702.362.2203

BLANK ROME LLP
Ana Tagvoryan (admitted *pro hac vice*)
atagvoryan@blankrome.com
Harrison Brown (admitted *pro hac vice*)
hbrown@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

Attorneys for Cross-Claimant and Third-Party Plaintiff
TOMORROW ENERGY CORP.,
FKA SPERIAN ENERGY CORP.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRONG and JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>TOMORROW ENERGY CORP fka SPERIAN ENERGY CORP, a Nevada corporation, and ENERGY GROUP CONSULTANTS, INC., a Kansas corporation, BAETYL GROUP LLC, a Texas limited liability company,<br><br>              Defendants.<br><br>Related Cross-Claims and Third-Party Claims. | Case No. 2:19-cv-00115-CDS-EJY<br><br>**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

129219958

**ORDER**

Upon Cross-Claimant and Third-Party Plaintiff Tomorrow Energy Corp fka Sperian Energy Corp's ("Tomorrow Energy" or "Sperian") Motion for Entry of Default Judgment Against Cross-Defendant Baetyl Group LLC ("Baetyl") and Third-Party Defendant Kevin Sangudi ("Mr. Sangudi")[1] (Dkt. No. 206), the Court, having considered the papers submitted and oral argument presented, and finding good cause, HEREBY ORDERS that the Motion is GRANTED.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is hereby entered in favor of Tomorrow Energy against the Baetyl and Mr. Sangudi in the amount of $283,935.40.

2. In accordance with Nevada law, the judgment shall draw interest from the time of service of the summons and complaint until satisfied, except for any amount representing future damages, which draws interest only from the time of the entry of the judgment until satisfied, at a rate equal to the prime rate at the largest bank in Nevada as ascertained by the Commissioner of Financial Institutions on January 1 or July 1, as the case may be, immediately preceding the date of judgment, plus 2 percent. As of July 1, 2022, the prime rate is 4.75%. See https://fid.nv.gov/Resources/Fees_and_Prime_Interest_Rate/ (last accessed July 28, 2022). As such, the judgment will draw interest at 6.75%. The rate must be adjusted accordingly on each January 1 and July 1 thereafter until the judgment is satisfied.

Dated: August 2, 2022

_____
Hon. Cristina D. Silva
United States District Court Judge

---

[1] Neither Cross-Defendant Baetyl Group LLC nor Third-Party Defendant Kevin Sangudi appeared at the hearing on July 25, 2022. Both parties were served with this action. *See* ECF Nos. 81, 82 (executed summons). Further, the Clerk's Office previously entered Clerk's Defaults against both parties. ECF Nos. 87, 88.