AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Andrew Perrong, et al.,

          Plaintiffs,

V.

Sperian Energy Corp, et al.,

          Defendants.

**AMENDED DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-00115-CDS-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is hereby entered in favor of Tomorrow Energy Corp. against Baetyl Group LLC and Kevin Sangudi in the amount of $283,935.40.

8/16/2022
Date

DEBRA K. KEMPI
Clerk

/s/ K. Ferris
Deputy Clerk