# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Andrew Perrong, et al.,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>Sperian Energy Corp, et al.,<br><br>　　　　　Defendants | Case No. 2:19-cv-00115-CDS-EJY<br><br>Order Directing Third-Party Plaintiffs to Move for Default Judgment or Show Cause Why Not |

In December 2019, the Clerk of Court entered default against defendant G-Energy Enterprises LLC. ECF No. [112]. To date, third-party plaintiffs Energy Group Consultants, Inc. and Energy Group Consultants, LLC (collectively "EGC") have not moved for default judgment against G-Energy Enterprises. EGC are hereby ordered to move for default judgment against G-Energy or to otherwise show cause why they are not doing so by February 21, 2023. EGC are reminded to ensure that any motion for default judgment complies with Fed. R. Civ. P. 55 and addresses the seven factors in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). Failure to do so by the deadline could result in the dismissal of the action without prejudice as to G-Energy for failure to prosecute.

DATED:  January 24, 2023

_____
Cristina D. Silva
United States District Judge