UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Andrew Perrong, et al., | Case No. 2:19-cv-00115-CDS-EJY |
| Plaintiffs | |
| v. | Order Dismissing Third-Party Plaintiff for Want of Prosecution |
| Sperian Energy Corp, et al., | |
| Defendants | |

On January 24, 2023, this court ordered third-party plaintiffs Energy Group Consultants, Inc. and Energy Group Consultants, LLC (collectively "EGC") to move for default judgment against third-party defendant G-Energy Enterprise, LLC or show cause why they are not doing so. ECF No. 218. EGC was notified that I would dismiss their action for failure to prosecute if no action was taken by February 21, 2023. *Id.* EGC has failed to comply with that order.

The local rules of this district state that "[a]ll civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte[.]" LR 41-1. The clerk's entry of default as to G-Energy was entered on December 19, 2019. ECF No. 112. As EGC has not taken action despite notice of this court's intent to dismiss under this rule,

I HEREBY ORDER that the third-party action between Energy Group Consultants, Inc. and Energy Group Consultants, LLC and G-Energy Enterprise, LLC is **DISMISSED without prejudice for want of prosecution. The Clerk of Court is directed to CLOSE THIS CASE**.

DATED: February 24, 2023

_____
Cristina D. Silva
United States District Judge